

# STATE OF WASHINGTON
## Vehicle Certificate of Title

Title Number
**1803076892**

| Vehicle Identification Number (VIN) | Year | Make | Model | Body style |
|---|---|---|---|---|
| 1XKYD49X8HJ132531 | 2017 | KW | CONSTRUCTI | TRACTOR TR |

| Title Issue Date | Odometer Miles | Odometer Status | Fuel Type | | |
|---|---|---|---|---|---|
| 08-Feb-2021 | 0 | Exempt - Prorate Vehicle | Diesel | | |

| Scale Weight | Gross Vehicle Weight Rating Code | Vehicle Color | Prior Title State | Prior Title Number |
|---|---|---|---|---|
| 14,300 | Class 8 - 33,001 pounds and more | BLU | Arizona | 771S016180077 |

Comments
**63500/2020**

Brands

Sale price $ _____

Date of sale _____

**Buyer:** You must apply for title within 15 calendar days of acquiring the vehicle to avoid a penalty. Take this signed title to a vehicle/vessel licensing office with the appropriate fees.

**Legal Owner:** To release interest, sign below and give this title to the registered owner/transferee or to a vehicle licensing office with the proper fee within 10 days of satisfaction of the security interest, or you may be liable to the owner/transferee for penalties.

**Seller:** You must complete a Report of Sale and file it with the Department of Licensing **within 5 business days** of the sale. File at dol.wa.gov or at any vehicle licensing office or county auditor.

### Legal Owner
PACCAR FINANCIAL CORP
777 106TH AVE NE
BELLEVUE WA 98004-5027

### Registered Owner
JOSHUA JARED BAHR
6114 BASALT FALLS
PASCO WA 99301-6556

X _____ Date _____
Signature of first legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

X _____ Date _____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature and title.

X _____ Date _____
Signature of second legal owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

X _____ Date _____
Signature of registered owner releases all interest in the vehicle described above. If signing for a business, include business name, signature, and title.

*Teresa Berntsen*
Director, Department of Licensing

I certify that the records of the Department of Licensing show the persons named hereon as registered owners and legal owners of the vehicle described.

---

Federal regulation and state law require you to state the mileage when transferring ownership if the vehicle is less than 10 years old, unless exempt. Failure to complete this statement or providing a false statement may result in fines and/or imprisonment.

I certify, to the best of my knowledge, the odometer reading is: ▶ _____ (no tenths)  Transfer date ___/___/___
Odometer reading in miles

This reading is (check one): ☐ the actual mileage of the vehicle  ☐ in excess of its mechanic limits  ☐ not the actual mileage.

Signature of transferee/buyer
X

Signature of transferor/seller
X

PRINTED name of transferee/buyer

PRINTED name of transferor/seller

Address of transferee/buyer

Address of transferor/seller

TD-420-002 (R/7/18)

22-00357-WLH13   Doc 24   Filed 05/09/22   Entered 05/09/22 13:55:07   Pg 1 of 1